UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

JAMIE EDWARDS,

                                  Plaintiff,

              -against-

CITY OF NEW YORK, ET AL.,

                               Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

12 CV 5556 (BMC)

-------------------------------------------------------------------------- x

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.   The above-referenced action is hereby dismissed with prejudice.

ROBERT MARINELLI
*Attorney for Plaintiff*
299 Broadway, Suite 1501
New York, NY 10007
(212) 822-1427

By: _____
     Robert Marinelli

Dated: New York, New York
       April 9, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Henderson, Tabor and Dalipi*
100 Church Street, Rm. 3-133b
New York, New York 10007

By: _____
     Andrew Owen
     *Special Assistant Corporation Counsel*

SO ORDERED:

_____
HON. BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE